UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MIGUEL MARRERO MIRANDA,

                    Plaintiff,

                                                          **JUDGMENT**
          - against -                                     13-CV-6464 (RRM)

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                    Defendant.
-------------------------------------------------------------X


        A Memorandum and Order of the undersigned having been filed this day granting

defendant's motion for judgment on the pleadings and directing the Clerk of Court to enter

judgment accordingly, mail a copy of the Memorandum and Order and this Judgment to the *pro*

*se* plaintiff, and close this case, it is hereby

        ORDERED, ADJUDGED AND DECREED that plaintiff takes nothing of defendant and

the case is closed.



Dated: Brooklyn, New York                    *Roslynn R. Mauskopf*
       March 27, 2016                        _____
                                             ROSLYNN R. MAUSKOPF
                                             United States District Judge